# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTIAN HENRY

NO. 2022 KW 1063

**NOVEMBER 21, 2022**

---

In Re:   Christian Henry, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No. 14-
         CR10-127191.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT